UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

JOHN PORZONDEK,

    Plaintiff,

-vs-

CITY OF SAUGATUCK, a Michigan
Municipal corporation; SAUGATUCK
HISTORIC DISTRICT COMMISSION;
KIRK HARRIER, City of Saugatuck City
Manager, sued in his official and individual
Capacities; VIC BELLA, Chair of the Saugatuck
Historic District Commission,

    Defendants.

Docket No.  1:16-CV-00777
HON. JANET T. NEFF
MAG. JUDGE ELLEN S. CARMODY

_____/

## **JOINT NOTICE OF STATUS**

Pursuant to the Court's Order dated June 23, 2017, the parties, through undersigned counsel request until August 31, 2017 to present closing papers to the Court, or alternatively to inform the Court of the status of settlement negotiations. The parties have reached an agreement in principal that will be presented to the City of Saugatuck City Council for approval in August 2017. The parties anticipate the City Council will approve the proposed settlement. However, if the City Council does not approve the proposed settlement the parties will inform the Court of the reason and the status of additional negotiations.

The parties therefore request the Court allow them until August 31, 2017 to present closing papers to the Court or alternatively to inform the Court of the status of settlement negotiations.

Dated:  July 31, 2017			SHERIDAN HADDOCK, PLLC


					By:	/s/Michael P. Haddock
						Michael P. Haddock (P55880)
						Attorney for Plaintiff



Dated:  July 31, 2017			PLUNKETT COONEY


					By:	/s/Michael S. Bogren
						Michael S. Bogren (P34835)
						Attorney for Defendants


Open.00560.62096.18845275-1